**B1 (Official Form 1) (1/08)**

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF MINNESOTA<br>ST. PAUL DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**WENINGER, KIMBERLY A** | Name of Joint Debtor (Spouse)  (Last, First, Middle):<br>**WENINGER, DAVID B** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **xxx-xx-1090** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **xxx-xx-1278** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1368 BAY DR SE**<br>**FOREST LAKE, MN**<br><br>ZIP CODE **55025** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1368 BAY DR SE**<br>**FOREST LAKE, MN**<br><br>ZIP CODE **55025** |
| County of Residence or of the Principal Place of Business:<br>**Washington** | County of Residence or of the Principal Place of Business:<br>**Washington** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (1/08)                                                                                          Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **KIMBERLY A WENINGER** **DAVID B WENINGER** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td>
<b>Exhibit A</b><br>
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>
☐  Exhibit A is attached and made a part of this petition.
</td>
<td>
<b>Exhibit B</b><br>
(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>
<b>X</b> _____<br>
Date
</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                               _____

                             (Name of landlord that obtained judgment)

                               _____

                             (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2009 (Build 9.0.50.2, ID 1500736179)*

B1 (Official Form 1) (1/08)                                                                                      Page 3

| **Voluntary Petition** | Name of Debtor(s):  **KIMBERLY A WENINGER** |
|---|---|
| *(This page must be completed and filed in every case)* | **DAVID B WENINGER** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ KIMBERLY A WENINGER**
   **KIMBERLY A WENINGER**

X  **/s/ DAVID B WENINGER**
   **DAVID B WENINGER**

Telephone Number (If not represented by attorney)

**11/20/2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  **/s/ BARBARA J MAY**
   **BARBARA J MAY**              Bar No. **129689**

**Barbara J. May Attorney at Law**
**2780 N. Snelling Suite 102**
**Roseville, MN  55113**

Phone No.**(651) 486-8887**      Fax No.**(651) 486-8890**

**11/20/2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Address

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/08)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## ST. PAUL DIVISION

In re:   **KIMBERLY A WENINGER**                             Case No. _____
         **DAVID B WENINGER**                                          (if known)

          Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

In re:   **KIMBERLY A WENINGER**                                    Case No. _____
         **DAVID B WENINGER**                                                    (if known)

                Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐   4. I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐   Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐   Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐   Active military duty in a military combat zone.

☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ KIMBERLY A WENINGER**_____
                          KIMBERLY A WENINGER

Date: _____**11/20/2009**_____

B 1D (Official Form 1, Exhibit D) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

In re:   **KIMBERLY A WENINGER**                              Case No. _____
**DAVID B WENINGER**                                                      (if known)

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/08)

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
ST. PAUL DIVISION**

In re:    **KIMBERLY A WENINGER**                                Case No. _____
          **DAVID B WENINGER**                                                      (if known)

                Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

    ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ DAVID B WENINGER**_____
                       DAVID B WENINGER

Date:   _____**11/20/2009**_____

B6A (Official Form 6A) (12/07)

In re  **KIMBERLY A WENINGER**                                    Case No.  _____
       **DAVID B WENINGER**                                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 1368 BAY DRIVE SE, FOREST LAKE, MN  55025 LEGALLY:  BAY CREST LOT-019 & LT 20 , WASHINGTON COUNTY, MN<br><br>HOME IS IN FORECLOSURE | FEE SIMPLE | J | $630,000.00 | $1,237,856.00 |
| | | Total: | $630,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **KIMBERLY A WENINGER**
**DAVID B WENINGER**

Case No. _____
(if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING ACCOUNT AT TCF (PERSONAL AND BUSINESS AND SAVINGS) | J | $1,500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | NORMAL HOUSEHOLD GOODS | J | $8,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | NORMAL WEARING APPAREL | J | $750.00 |
| 7. Furs and jewelry. | | RINGS, WATCHES | J | $1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **KIMBERLY A WENINGER**                                      Case No. _____
       **DAVID B WENINGER**                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% OWNERSHIP IN OSVOLD GROUP, LLC, SALES AND PROJECT MANAGEMENT BUSINESS IS UPSIDE DOWN IN DEBT | J | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **KIMBERLY A WENINGER**
       **DAVID B WENINGER**

Case No. _____
                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 DODGE DURANGO | J | $2,500.00 |
| | | 2005 TOYOTA SIENNA MINIVAN | J | $11,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **KIMBERLY A WENINGER**
       **DAVID B WENINGER**

Case No. _____
                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | DEEDED TIMESHARE AT BREEZY POINT, 1 WEEK (WEEK 19) | J | $1,000.00 |
| | | FAIRMONT RESORT TIMESHARE IN FAIRMONT, BC, ONE WEEK EVERY OTHER YEAR | J | $1,000.00 |

_____3_____ continuation sheets attached

**Total >**   $27,250.00

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re **KIMBERLY A WENINGER**
      **DAVID B WENINGER**

Case No. _____
                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 1368 BAY DRIVE SE, FOREST LAKE, MN 55025 LEGALLY:  BAY CREST LOT-019 & LT 20 , WASHINGTON COUNTY, MN<br><br>HOME IS IN FORECLOSURE | 11 U.S.C. § 522(d)(1) | $0.00 | $630,000.00 |
| CHECKING ACCOUNT AT TCF (PERSONAL AND BUSINESS AND SAVINGS) | 11 U.S.C. § 522(d)(5) | $1,500.00 | $1,500.00 |
| NORMAL HOUSEHOLD GOODS | 11 U.S.C. § 522(d)(3) | $8,500.00 | $8,500.00 |
| NORMAL WEARING APPAREL | 11 U.S.C. § 522(d)(3) | $750.00 | $750.00 |
| RINGS, WATCHES | 11 U.S.C. § 522(d)(4) | $1,000.00 | $1,000.00 |
| 100% OWNERSHIP IN OSVOLD GROUP, LLC, SALES AND PROJECT MANAGEMENT<br><br>BUSINESS IS UPSIDE DOWN IN DEBT | 11 U.S.C. § 522(d)(5) | $0.00 | $0.00 |
| 2002 DODGE DURANGO | 11 U.S.C. § 522(d)(2) | $2,500.00 | $2,500.00 |
| 2005 TOYOTA SIENNA MINIVAN | 11 U.S.C. § 522(d)(2) | $0.00 | $11,000.00 |
| DEEDED TIMESHARE AT BREEZY POINT, 1 WEEK (WEEK 19) | 11 U.S.C. § 522(d)(5) | $497.05 | $1,000.00 |
| | | **$14,747.05** | **$656,250.00** |

B6C (Official Form 6C) (12/07) -- Cont.

In re  **KIMBERLY A WENINGER**               Case No. _____
       **DAVID B WENINGER**                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| FAIRMONT RESORT TIMESHARE IN FAIRMONT, BC, ONE WEEK EVERY OTHER YEAR | 11 U.S.C. § 522(d)(5) | $0.00 | $1,000.00 |
| | | **$14,747.05** | **$657,250.00** |

B6D (Official Form 6D) (12/07)

In re  **KIMBERLY A WENINGER**          Case No. _____
       **DAVID B WENINGER**                                           (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxx5958**<br><br>**BANK OF AMERICA**<br>**PO BOX 26388**<br>**RICHMOND VA 23260-6388** | | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**MORTGAGE**<br>COLLATERAL:<br>**1368 BAY DRIVE SE, FOREST LAKE, MN  55025**<br>REMARKS:<br><br><br>VALUE: **$630,000.00** | | | | **$797,856.00** | **$167,856.00** |
| ACCT #:<br><br>**BREEZY POINT TIME SHARE**<br>**PO BOX 285**<br>**PEQUOT LAKES, MN  56472** | | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**DUES/FEES/TAXES**<br>COLLATERAL:<br>**TIME SHARE**<br>REMARKS:<br><br><br>VALUE: **$1,000.00** | | | | **$502.95** | |
| ACCT #:<br><br>**CITY AND COUNTY CREDIT UNION**<br>**144 11TH ST E**<br>**ST PAUL, MN  55101** | | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**12/29/05 SECOND MORTGAGE**<br>COLLATERAL:<br>**1368 BAY DRIVE SE, FOREST LAKE, MN  55025**<br>REMARKS:<br><br><br>VALUE: **$630,000.00** | | | | **$200,000.00** | **$200,000.00** |
| ACCT #:<br><br>**FAIRMONT TIMESHARE** | | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**TIMESHARE**<br>COLLATERAL:<br>**FAIRMONT RESORT TIMESHARE IN FAIRMONT, E**<br>REMARKS:<br><br><br>VALUE: **$1,000.00** | | | | **$6,000.00** | **$5,000.00** |
| | | | Subtotal (Total of this Page) > | | | | **$1,004,358.95** | **$372,856.00** |
| | | | Total (Use only on last page) > | | | | | |

___1___continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **KIMBERLY A WENINGER**           Case No. _____
      **DAVID B WENINGER**                                 (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**PRINSOURCE**<br>**5217 Wayzata Blvd**<br>**MPLS, MN 55416** | | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**FOURTH MORTGAGE**<br>COLLATERAL:<br>**1368 BAY DRIVE SE, FOREST LAKE, MN 55025**<br>REMARKS:<br><br><br>VALUE:       **$630,000.00** | | | | **$240,000.00** | **$240,000.00** |
| ACCT #:<br><br>**WELLS FARGO FINANCIAL**<br>**10100 6TH AVE NO**<br>**PLYMOUTH, MN 55441** | | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**CAR LOAN**<br>COLLATERAL:<br>**2005 TOYOTA SIENNA MINIVAN**<br>REMARKS:<br><br><br>VALUE:       **$11,000.00** | | | | **$11,000.00** | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached            **Subtotal (Total of this Page) >** | **$251,000.00** | **$240,000.00**
to Schedule of Creditors Holding Secured Claims          **Total (Use only on last page) >** | **$1,255,358.95** | **$612,856.00**

                                            (Report also on     (If applicable,
     Summary of       report also on
     Schedules.)       Statistical
                         Summary of
                         Certain Liabilities
                         and Related
                         Data.)

B6E (Official Form 6E) (12/07)

In re  **KIMBERLY A WENINGER**                                    Case No. _____
       **DAVID B WENINGER**                                                      (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re **KIMBERLY A WENINGER**          Case No. _____
     **DAVID B WENINGER**                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**EMPLOYEE BENEFITS SECURITY ADMIN**<br>**2300 MAIN STREET**<br>**SUITE 1100**<br>**KANSAS CITY, MO  64108** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**OFFICER LIABILITY**<br>REMARKS: | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #:<br>**INTERNAL REVENUE SERVICE**<br>**30 E. 7th ST, SUITE 1222**<br>**MAIL STOP 5700**<br>**ST PAUL, MN  55101** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**PAST DUE TAXES**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**MINNESOTA DEPT OF REVENUE**<br>**PO BOX 64651**<br>**ST PAUL, MN  55164** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**PAST DUE TAXES**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets            **Subtotals (Totals of this page) >** | **$0.00** | **$0.00** | **$0.00**
attached to Schedule of Creditors Holding Priority Claims

**Total >**  **$0.00**
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

**Totals >**  **$0.00**  **$0.00**
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re   **KIMBERLY A WENINGER**                              Case No. _____
        **DAVID B WENINGER**                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**ACOUSTICS ASSOCIATES**<br>**1250 ZANE AVE N**<br>**MPLS, MN 55422** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**ADVANTA BANK**<br>**PO BOX 8088**<br>**PHILADELPHIA, PA 19101** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$33,884.46** |
| ACCT #:  **xxxxxx1712**<br>**AES**<br>**PO BOX 8112**<br>**HARRISBURG, PA 17105** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**STUDENT LOAN**<br>REMARKS: | | | | **$9,000.00** |
| ACCT #:<br>**AFM COUNTERTOPS**<br>**1233 EASTGATE DR SE**<br>**ROCHESTER, MN 55904** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$2,801.52** |
| ACCT #:<br>**AIG BANK**<br>**PO BOX 790370**<br>**ST LOUIS, MO 63179** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**HOT TUB LOAN**<br>REMARKS: | | | | **$11,023.00** |
| ACCT #:<br>**AIR GAS SAFTEY INC**<br>**W185N**<br>**11300 WHINEY DR**<br>**GERMANTOWN, WI 53022** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$211.34** |
| | | | Subtotal > | | | | **$56,920.32** |
| _____**39**_____continuation sheets attached | | | **Total >**<br>**(Use only on last page of the completed Schedule F.)**<br>**(Report also on Summary of Schedules and, if applicable, on the**<br>**Statistical Summary of Certain Liabilities and Related Data.)** | | | | |

B6F (Official Form 6F) (12/07) - Cont.

In re **KIMBERLY A WENINGER**
**DAVID B WENINGER**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**ALBANY CABINETS**<br>**626 QUEEN SW**<br>**SALEM, OR  97312** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $120.00 |
| ACCT #:<br>**ALBINSON**<br>**1401 GLENWOOD AVE**<br>**MPLS, MN  55405** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $2,190.00 |
| ACCT #:<br>**AMERICAN WOOD INSTALLERS INC**<br>**7 ARBUTUS COURT**<br>**COMMACK, NY  11725** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $7,844.00 |
| ACCT #:  **xx3121**<br>**AMSAN**<br>**13924 COLLECTION CENTER DR**<br>**CHICAGO, IL  60693** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $179.56 |
| ACCT #:<br>**AMSAN BRISSMAN-KENEDY**<br>**200 E PARK DR**<br>**STE 200**<br>**MOUNT LAUREL, NJ  08054** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $179.56 |
| ACCT #:  **5095**<br>**ANDREW L. F. HEGSTAD**<br>**20 NORTH LAKE #311**<br>**SUITE 311**<br>**FOREST LAKE, MN  55025** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**DENTAL BILL**<br>REMARKS: | | | | $800.63 |

Sheet no. _____1_____ of _____39_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $11,313.75

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **KIMBERLY A WENINGER**
   **DAVID B WENINGER**

Case No. _____
        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**ARCHITECTUAL FOREST PRODUCTS**<br>**PO BOX 282**<br>**TWO RIVERS, WI  54241** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $2,664.26 |
| ACCT #:<br>**AT&T MOBILITY**<br>**9020 N MAT AVE #250NYC**<br>**OKLAHOMA CITY, OK  73120** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $557.38 |
| ACCT #:<br>**B&L BLUEPRINT**<br>**61 MONACO DR**<br>**ROSELLE, ILL 60172** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $1,983.00 |
| ACCT #:<br>**BAER SUPPLY CO**<br>**909 FOREST EDGE DRIVE**<br>**VERNON HILLS, IL  60061** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $3,057.80 |
| ACCT #:<br>**BARRY & SEWALL INC**<br>**2001 BROADWAY**<br>**MPLS, MN  55413** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $789.53 |
| ACCT #:<br>**BAYER BUILT WOODWORKING, INC**<br>**24614 US HIGHWAY 71**<br>**BELGRADE, MN  56312** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $20,823.00 |

Sheet no. _____**2**_____ of _____**39**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $29,874.97

Total > 
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **KIMBERLY A WENINGER**          Case No. _____
        **DAVID B WENINGER**                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**BELLCOM TECHNOLOGIES INC**<br>**500 BOONE AVE N**<br>**NEW HOPE, MN  55428** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$5,863.68** |
| ACCT #:  xxxxxxxxxxx2687<br>**BENEFICIAL FINANCE**<br>**PO BOX 4153-K**<br>**CAROL STREAM, IL  60197** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**PERSONAL LOAN**<br>REMARKS: | | | | **$15,725.59** |
| ACCT #:<br>**BRAINERD HARDWOODS INC**<br>**13844 WHITE PINE DRIVE**<br>**BRAINERD, MN  56401** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$11,780.65** |
| ACCT #:<br>**BRIN NORTHWESTERN GLASS COMPANY**<br>**2300 NORTH SECOND ST**<br>**MPLS, MN  55441** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$6,928.56** |
| ACCT #:<br>**BRITTANY MANUFACTURING**<br>**6000 LONE OAK ROAD**<br>**ROCKFORD, MN  55373** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$22,578.22** |
| ACCT #:<br>**BRUCE A. OSVOLD**<br>**8405 WESLEY DR**<br>**GOLDEN VALLEY, MN  55427** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$930.96** |

Sheet no. ___**3**___ of ____**39**____ continuation sheets attached to                    Subtotal >    |    **$63,807.66**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **KIMBERLY A WENINGER**  Case No. _____
**DAVID B WENINGER**  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **BRUCE A. OSVOLD** **8405 WESLEY DR** **GOLDEN VALLEY, MN  55427** | | C | DATE INCURRED: CONSIDERATION: **CARDMEMBER SERVICES** REMARKS: | | | | $131.36 |
| ACCT #: **BUILDERS EXCHANGE** **445 FARRINGTON ST** **ST PAUL, MN  55103** | | C | DATE INCURRED: CONSIDERATION: **BUSINESS DEBT** REMARKS: | | | | $106.10 |
| ACCT #: **BUILDERS GROUP** **2919 EAGANDALE BLVD, #100** **EAGAN, MN  55121** | | C | DATE INCURRED: CONSIDERATION: **BUSINESS DEBT** REMARKS: | | | | $5,346.00 |
| ACCT #:  **xxxx-xxxx-xxxx-8146** **CAPITAL ONE BANK** **PO BOX 60599** **CITY OF INDUSTRY, CA  91716** | | W | DATE INCURRED: CONSIDERATION: **CREDIT CARD** REMARKS: | | | | $9,017.48 |
| ACCT #: **CARPENTERS INDUSTRIAL COUNCIL** **404 N MAIN ST #103** **OSHKOSH, WI  54901** | | C | DATE INCURRED: CONSIDERATION: **BUSINESS DEBT** REMARKS: | | | | $525.00 |
| ACCT #: **CENTERPOINT ENERGY** **PO BOX 4671** **HOUSTON, TX  77210** | | C | DATE INCURRED: CONSIDERATION: **BUSINESS DEBT** REMARKS: | | | | $6,590.00 |

Sheet no. ____**4**____ of ____**39**____ continuation sheets attached to  Subtotal >  $21,715.94
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **KIMBERLY A WENINGER**
        **DAVID B WENINGER**

Case No. _____
                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**CENTIMARK CORPORATION**<br>**12 GRANDVIEW CIRCLE**<br>**CANONSBURG, PA  15317** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $380.15 |
| ACCT #:<br>**CENTRAL MERCANTILE COLLECTION**<br>**822 E GRAND RIVER AVE**<br>**BRIGHTON, MI  48116** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $430.00 |
| ACCT #:<br>**CERTIFIED WOOD PRODUCTS**<br>**PO BOX 895**<br>**MAPLE LAKE, MN  55358** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $14,458.56 |
| ACCT #:<br>**CHARTER INDUSTRIES INC**<br>**2255 29TH ST SE**<br>**GRAND RAPIDS, MI  49508** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $2,188.50 |
| ACCT #:<br>**CHASE**<br>**PO BOX 94014**<br>**PALATINE, IL  60094** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS CREDIT CARD**<br>REMARKS: | | | | $16,441.92 |
| ACCT #:<br>**CHEMCO MANUFACTURING CO INC**<br>**515 HUEHL ROAD**<br>**NORTHBROOK, IL  60062** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $145.90 |

Sheet no. ___**5**___ of ___**39**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $34,045.03

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **KIMBERLY A WENINGER**                    Case No. _____
         **DAVID B WENINGER**                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**CINTAS FIRST AID & SAFETY**<br>**8703 BROOKLYN BLVD**<br>**BROOKLYN PARK, MN  55445** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $384.35 |
| ACCT #:<br>**CITY WIDE WINDOW SVCS INC**<br>**PO BOX 790**<br>**ANOKA, MN  55303** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $122.99 |
| ACCT #:<br>**CLAYHILL**<br>**141 S LAFAYETTE RD**<br>**ST PAUL, MN  55107** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $2,188.18 |
| ACCT #:<br>**CNC ROUTERWORKS, INC**<br>**2518 2ND ST N #107**<br>**MPLS, MN  55411** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $317.54 |
| ACCT #:  **xxx xx-xxxxx7129**<br>**COLLECTCORP**<br>**455 NORTH 3RD ST, STE 260**<br>**PHOENIX, AZ  85004** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**COLLECTING FOR BANK OF AMERICA**<br>REMARKS: | | | | $2,831.90 |
| ACCT #:<br>**COLOR RIGHT**<br>**600 S RANCHVIEW BLVD**<br>**YUKON, OK  73099** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $174.00 |

Sheet no. ____**6**____ of ____**39**____ continuation sheets attached to                    Subtotal >    $6,018.96
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **KIMBERLY A WENINGER**
       **DAVID B WENINGER**
                                    Case No. _____
                                                 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**COMWALL KOROSEAL**<br>**4509 NE 14TH**<br>**DES MOINES, IA  50313** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $3,785.82 |
| ACCT #:<br>**COOKE ENTERPRISES INC**<br>**2015 E OLD SHAKOPEE RD**<br>**BLOOMINGTON, MN  55425** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $606.82 |
| ACCT #:  **xxxx9455**<br>**COURAGE CENTER**<br>**3915 GOLDEN VALLEY RD**<br>**GOTDEN VALLEY, MN  55422** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**MED BILL**<br>REMARKS: | | | | $1,611.55 |
| ACCT #:<br>**CROWN PLASTICS**<br>**12615 16TH AVE NORTH**<br>**PLYMOUTH, MN  55441** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $124.60 |
| ACCT #:<br>**CUTTING EDGE**<br>**5722 GREYSTONE COURT SE**<br>**PRIOR LAKE, MN  55372** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $22,636.47 |
| ACCT #:<br>**DAILY DATA PROCESSING**<br>**8441 WAYZATA BLVDV #240**<br>**GOLDEN VALLEY, MN  55426** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $609.24 |

Sheet no. _____**7**_____ of _____**39**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal >        $29,374.50

                                             Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **KIMBERLY A WENINGER**                Case No. _____
         **DAVID B WENINGER**                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**DANIEL ROUFS**<br>**7686 VAN BUREN ST NE**<br>**FRIDLEY, MN  55432** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$1,312.17** |
| ACCT #:<br>**DE LAGE LANDEN FINANCIAL SERVICES**<br>**PO BOX 41601**<br>**PHILADELPHIA, PA 19101** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$531.74** |
| ACCT #:<br>**DELUXE BUSINESS FORMS**<br>**PO BOX 742572**<br>**CINCINNATI, OH  45274** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$347.69** |
| ACCT #:<br>**DESIGNER SIGN SYSTEMS**<br>**9975 FLANDERS CT NE**<br>**BLAINE, MN  55449** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$2,801.80** |
| ACCT #:<br>**DISCOUNT STEEL & ALUMINUM CO**<br>**216 27TH AVE N**<br>**MPLS, MN  55411** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$1,642.68** |
| ACCT #:<br>**DISTRICT COURT ADMINISTRATOR**<br>**300 S 6TH ST**<br>**MPLS MN  55487** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$58.00** |

Sheet no. ____**8**____ of _____**39**_____ continuation sheets attached to                Subtotal >     **$6,694.08**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                          Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **KIMBERLY A WENINGER**
       **DAVID B WENINGER**

Case No. _____
                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **DOMINICK DEANGELIS** <br> **2828 UNIVERSITY AVE SE** <br> **MPLS MN  55414** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUSINESS DEBT/BUSINESS ASSOC.** <br> REMARKS: | | | | **$7,500.00** |
| ACCT #: <br> **E W TOOLING** <br> **PO BOX 38** <br> **31540 125TH ST N** <br> **PRINCETON, MN  55371** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUSINESS DEBT** <br> REMARKS: | | | | **$112.16** |
| ACCT #: <br> **EAGLE CAPITAL CORPORATION** <br> **PO BOX 4215** <br> **TUPELO, MS 38803** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUS DEBT** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **EDGETECH INC** <br> **11O33 12TH AVE S** <br> **BURNSVILLE, MN  55337** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUSINESS DEBT** <br> REMARKS: | | | | **$597.00** |
| ACCT #: <br> **EGGARS INDUSTRIES** <br> **ONE EGGERS DRIVE** <br> **PO BOX 88** <br> **TWO RIVERS, WI  54241** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUSINESS DEBT** <br> REMARKS: | | | | **$29,973.75** |
| ACCT #: <br> **EIDE SAW SERVICE** <br> **950 13TH AVE NE** <br> **MPLS MN  55413** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUSINESS DEBT** <br> REMARKS: | | | | **$2,289.74** |

Sheet no. ____**9**____ of ____**39**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$40,472.65**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **KIMBERLY A WENINGER**                    Case No. _____
       **DAVID B WENINGER**                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **ENGINEERING REPO SYSTEMS** <br> **3005 RANCHVIEW LANE N** <br> **PLYMOUTH, MN  55447** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUSINESS DEBT** <br> REMARKS: | | | | **$4,112.90** |
| ACCT #: <br> **EXECUTIVE EDGE** <br> **5181 UTICA RD** <br> **DAVENPORT, IA  50807** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUSINESS DEBT** <br> REMARKS: | | | | **$62.50** |
| ACCT #:  **xxxxxx1712** <br> **EXPRESS LOAN SERVICING** <br> **PO BOX 88037** <br> **CHICAGO, IL  60680** | | W | DATE INCURRED: <br> CONSIDERATION: <br> **STUDENT LOANS** <br> REMARKS: | | | | **$27,344.93** |
| ACCT #: <br> **FAB DUCT** <br> **7625 BOONE AVE N** <br> **BROOKLYN PARK, MN  55428** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUSINESS DEBT** <br> REMARKS: | | | | **$2,128.00** |
| ACCT #: <br> **FABRICATORS UNLIMITED** <br> **828 NP AVE** <br> **FARGO, ND  58102** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUSINESS DEBT** <br> REMARKS: | | | | **$1,010.50** |
| ACCT #: <br> **FABYANSKE, WESTRA, HART & THOMSON** <br> **800 LASALLE AVE, STE 1900** <br> **MPLS, MN  55402** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |

Sheet no. ____**10**____ of ____**39**____ continuation sheets attached to                    Subtotal >     | **$34,658.83** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **KIMBERLY A WENINGER**
        **DAVID B WENINGER**

Case No. _____
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxx8319**<br>**FAIRVIEW HEALTH SERVICES**<br>**PO BOX 147**<br>**MINNEAPOLIS MN 55440** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**MED BILL**<br>REMARKS: | | | | **$1,850.00** |
| ACCT #:  **xxxxxxxx7650**<br>**FAIRVIEW LAKES**<br>**PO BOX 1332**<br>**MPLS, MN  55440** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**MED BILL**<br>REMARKS: | | | | **$82.50** |
| ACCT #:<br>**FEDEX**<br>**PO BOX 94515**<br>**PALATINE, IL  60094** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$4,020.40** |
| ACCT #:<br>**FIRSTWOOD GROUP**<br>**16 ECKFORD ST**<br>**BROOKLYN, NY  11222** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$8,453.70** |
| ACCT #:<br>**FORMULA CORPORATION**<br>**2919 EAGANDALE BLVD #120**<br>**EAGAN, MN  55121** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$1,181.67** |
| ACCT #:<br>**G C PETERSON MACHINERY CO INC**<br>**NW 8978**<br>**PO BOX 1450**<br>**MPLS, MN  55485** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$94.28** |

Sheet no. ____**11**____ of ____**39**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | **$15,682.55**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **KIMBERLY A WENINGER**
     **DAVID B WENINGER**

Case No. _____
               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**GE CAPITAL**<br>**PO BOX 31001-0275**<br>**PASADENA, CA  91110** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$16,043.39** |
| ACCT #:<br>**GE CAPITAL SOLUTIONS**<br>**PO BOX 31001-0276**<br>**PASADENA, CA  91110** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$1,664.58** |
| ACCT #:<br>**GLACIAL WOOD PRODUCTS INC**<br>**PO BOX 459**<br>**BROOTEN, MN  56316** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$3,631.86** |
| ACCT #:<br>**GLENWOOD ENGLEWOOD**<br>**225 THOMAS AVE N**<br>**MPLS, MN  55405** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$702.55** |
| ACCT #:<br>**GOLDEN VALLEY SUPPLY CO**<br>**1100 ZANE AVE N**<br>**MPLS MN  55422** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$153.75** |
| ACCT #:<br>**GOLDLEAF PLASTICS INC**<br>**6305 GLEN CARLSON DR**<br>**ST CLOUD, MN  56301** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$1,687.02** |

Sheet no. ____**12**____ of ____**39**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$23,883.15**

Total > 
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **KIMBERLY A WENINGER**
      **DAVID B WENINGER**

Case No. _____
                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**GOPHER BEARING**<br>**2490 TERRITORIAL RD**<br>**ST PAUL, MN  55114** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $71.72 |
| ACCT #:<br>**GRAINER**<br>**DEPT 495-806665386**<br>**PALATINE, IL  60038** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $485.39 |
| ACCT #:<br>**GRANITE TOPS**<br>**1489 PRAIRIE DRIVE**<br>**COLD SPRING, N  56320** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $29,118.80 |
| ACCT #:<br>**GRAY PLANT MOODY**<br>**500 IDS CENTER**<br>**MPLS, MN 55402** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $11,609.60 |
| ACCT #:<br>**GRAY PLANT MOODY**<br>**500 IDS CENTER**<br>**MPLS, MN 55402** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**LEGAL BILL**<br>REMARKS: | | | | $11,609.00 |
| ACCT #:<br>**GREAT AMERICAN LEASING CORP**<br>**8742 INNOVATION WAY**<br>**CHICAGO, IL  60682** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $4,276.96 |

Sheet no. ____**13**____ of ____**39**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $57,171.47

Total > 
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **KIMBERLY A WENINGER**                     Case No. _____
       **DAVID B WENINGER**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**GREAT RIVER INDUSTRIES INC**<br>**PO BOX 31**<br>**WABASHA, MN  55981** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$1,584.00** |
| ACCT #:<br>**GREATLAND TRANSPORTATION**<br>**1007 SUNRISE RD**<br>**ST CROIX FALLS, WI  54024** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$7,817.00** |
| ACCT #:<br>**GREGORY'S TOWING & SNOWPLOWING**<br>**645 BELLAND AVE**<br>**VADNAIS HEIGHTS, MN  55127** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$675.00** |
| ACCT #:<br>**GYFORD PRODUCTIONS**<br>**891 TRADEMARK DR**<br>**RENO, NV  89521** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$2,307.81** |
| ACCT #:<br>**H C OSVOLD COMPANY**<br>**2828 UNIVERSITYA VE SE**<br>**MPLS, MN  55414** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$240,000.00** |
| ACCT #:<br>**HAFELE**<br>**PO BOX 75352**<br>**CHARLOTTE, NC  28275** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$3,912.55** |

Sheet no. ___**14**___ of ___**39**___ continuation sheets attached to                                    Subtotal >        **$256,296.36**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                     Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **KIMBERLY A WENINGER**
**DAVID B WENINGER**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **HALMARK BUILDING SUPPLIES INC** <br> **2120 PEWAUKEE RD #100** <br> **WAUKESHA, WI  53188** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUSINESS DEBT** <br> REMARKS: | | | | $6,073.88 |
| ACCT #: <br> **HANOVER INSURANCE COMPANY** <br> **PO BOX 15083** <br> **WORCESTER, MA  01615** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUSINESS DEBT** <br> REMARKS: | | | X | $3,912.70 |
| ACCT #: <br> **HARRINGTON LANGER & ASSOCIATES** <br> **563 PHALEN BLVD** <br> **ST PAUL, MN  55130** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUSINESS DEBT** <br> REMARKS: | | | | $5,654.00 |
| ACCT #: <br> **HARWARDE DISTRUBTORS LTD** <br> **5 INDUSTRIAL ST** <br> **SAUK RAPIDS, MN  56379** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUSINESS DEBT** <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **HEALTHPARTNERS** <br> **NW 3969** <br> **PO BOX 1450** <br> **MPLS, MN  55485** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **MED BILL** <br> REMARKS: | | | | $100.00 |
| ACCT #: <br> **HEARTLAND WOOD PRODUCTS** <br> **327 RAMSEY ST** <br> **MANKATO, MN  56001** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUSINESS DEBT** <br> REMARKS: | | | | $225.36 |

Sheet no. ____**15**____ of ____**39**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal > | $15,965.94 |
|---|---|---|
| | Total > <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the <br> Statistical Summary of Certain Liabilities and Related Data.) | |

B6F (Official Form 6F) (12/07) - Cont.

In re  **KIMBERLY A WENINGER**　　　　　　　　　Case No. _____
　　　**DAVID B WENINGER**　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**HOLDAHL COMPANY**<br>**1925 ANNAPOLIS LANE**<br>**PLYMOUTH MN  55441** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $63,982.10 |
| ACCT #:<br>**HOM Furniture, Inc**<br>**10301 Woodcrest Dr. NW**<br>**Coon Rapids, MN** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**CREDIT CARD**<br>REMARKS: | | | | $2,200.00 |
| ACCT #:  **xxxxxx77-05**<br>**IC SYSTEMS INC**<br>**444 HIGHWAY 96 EAST, PO BOX 64887**<br>**ST PAUL, MN  55164** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**COLLECTING FOR GILLETTE CHILDRENS SPECIAL**<br>REMARKS: | | | | $254.85 |
| ACCT #:<br>**INDIANA ARCHITECTURAL PLYWOOD**<br>**PO BOX 38**<br>**TRAFALGAR, IN  46181** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $3,786.28 |
| ACCT #:<br>**INSTY PRINTS**<br>**2512 UNIVERSITY AVE**<br>**ST PAUL, MN  55114** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $216.95 |
| ACCT #:<br>**INTEGRA TELECOM**<br>**PO BOX 2966**<br>**MILWAUKEE, WI  53201** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $853.43 |

Sheet no. ____**16**____ of ____**39**____ continuation sheets attached to　　　　　　　Subtotal >　　$71,293.61
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total >
　　　　　　　　　　　　**(Use only on last page of the completed Schedule F.)**
　　　　　　　　**(Report also on Summary of Schedules and, if applicable, on the**
　　　　　　　　**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **KIMBERLY A WENINGER**  
 **DAVID B WENINGER**

Case No. _____  
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**J N JOHNSON SALES & SVC INIC**<br>**4200 W 76TH ST**<br>**MPLS MN  55435** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$319.17** |
| ACCT #:<br>**JAECKLE DISTRIBUTORS**<br>**504 MALCOLM AVE SE**<br>**MPLS, MN  55414** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$6,746.21** |
| ACCT #:  **xxxxx0-LMT**<br>**JC CHRISTENSON & ASSOC**<br>**PO BOX 519**<br>**SAUK RAPIDS, MN  56379** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**COLLECTING FOR FAIRVIEW LAKES**<br>REMARKS: | | | | **$30.96** |
| ACCT #:<br>**JOHN HENRY FOSTER**<br>**3103 MIKE COLLINS DRIVE**<br>**EAGAN, MN  55121** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$177.33** |
| ACCT #:<br>**JOHN STOEBNER**<br>**120 S. 6TH ST, SUITE 2500**<br>**MPLS, MN 55402** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**KEN WEIKERT**<br>**51767 HWY 57**<br>**WANAMINGO, MN  55983** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$1,169.05** |

Sheet no. ____**17**____ of ____**39**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | **$8,442.72**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **KIMBERLY A WENINGER**            Case No. _____
**DAVID B WENINGER**                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**KIMBERLY A WENINGER**<br>**2828 UNIVERSITY AVE SE**<br>**MPLS, MN  55414** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$9,810.00** |
| ACCT #:  xxxxxx4100<br>**KOHLS**<br>**PO BOX 2983**<br>**MILWAUKEE WI 53201-2983** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**CREDIT CARD**<br>REMARKS: | | | | **$343.46** |
| ACCT #:<br>**KORSTAR INC**<br>**8900 109ST AVE N #200**<br>**CHAMPLIN, MN  55316** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$5,642.04** |
| ACCT #:<br>**KRISTINE CHRISTIANSON**<br>**2828 UNIVERSITY AVE SE**<br>**MPLS, MN  55414** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$969.37** |
| ACCT #:<br>**KUSTM FINE TOOLS**<br>**ABR & CHEM**<br>**PO BOX 485**<br>**GARDNER, MA  01440** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$108.61** |
| ACCT #:<br>**LAB SAFETY SUPPLY INC**<br>**PO BOX 5004**<br>**JANESVILLE, WI  53547** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$165.60** |

Sheet no. __18__ of __39__ continuation sheets attached to          Subtotal > | **$17,039.08**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **KIMBERLY A WENINGER**                                    Case No. _____
**DAVID B WENINGER**                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**LAMIN ART**<br>**1670 BASSWOOD RD**<br>**SCHAUMBURG, IL 60173** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$507.85** |
| ACCT #:<br>**LEONARD O'BRIEN SPENCER GALE & SAYRI**<br>**100 SOUTH FIFTH ST**<br>**SUITE 2500**<br>**MPLS, MN 55402** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**LIGHTS PLUS**<br>**7004 BRISTOL BLVD**<br>**EDINA, MN 55435** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$255.95** |
| ACCT #:<br>**LINCOLN NATIONAL LIFE INC CO**<br>**8801 INDIAN HILLS DR**<br>**OMAHA, NE 68114** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$1,714.00** |
| ACCT #:<br>**LITIN PAPER**<br>**3003 N PACIFIC ST**<br>**MPLS, MN 55411** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$185.04** |
| ACCT #:<br>**LORRI UTOFT**<br>**6120 CHECTNUT TERRACE**<br>**SHOREWOOD, MN 55331** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$6,286.89** |

Sheet no. ____**19**____ of ____**39**____ continuation sheets attached to                          Subtotal >      | **$8,949.73**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **KIMBERLY A WENINGER**              Case No. _____
        **DAVID B WENINGER**                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**LUTHERAN VISTA**<br>**PO BOX 16105**<br>**MPLS, MN  55416** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $85.00 |
| ACCT #:  **xxxxxxxx7500**<br>**MACY'S**<br>**PO BOX 689195**<br>**DES MOINES, IA  50368** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**CREDIT CARD**<br>REMARKS: | | | | $639.81 |
| ACCT #:<br>**MAJESTIC FURNITURE STUDIO**<br>**3722 MACALASTER DR NE**<br>**MPLS MN  55421** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $1,759.00 |
| ACCT #:<br>**MAL O SEN CO INC**<br>**465 SPIRAL BLVD**<br>**PO BOX 36**<br>**HASTINGS, MN  55033** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $898.62 |
| ACCT #:<br>**MANUFACTURERS NEWS INC**<br>**1633 CENTRAL ST**<br>**EVANSTON, IL  60201** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $129.00 |
| ACCT #:<br>**MASTER'S CONTRACTING, INC**<br>**40677 HEMINGWAY AVE**<br>**NORTH BRANCH, MN  55056** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $4,737.00 |

Sheet no. ____**20**____ of ____**39**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $8,248.43

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **KIMBERLY A WENINGER**              Case No. _____
**DAVID B WENINGER**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**MCMASTER-CARR SUPPLY COMPANY**<br>**PO BOX 7690**<br>**CHICAGO, IL  60680** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $138.06 |
| ACCT #:<br>**MEDICA**<br>**NW 7105**<br>**PO BOX  1450**<br>**MPLS, MN  55485** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**MED BILL**<br>REMARKS: | | | | $60.00 |
| ACCT #:<br>**MENARDS**<br>**% CONSECO FINANCE**<br>**DEPARTMENT 0008**<br>**PALATINE, IL  60055** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $422.21 |
| ACCT #:<br>**METRO HARDWOODS**<br>**9450 83RD AVE N**<br>**MAPLE GROVE, MN  55369** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $15,323.20 |
| ACCT #:<br>**METRO MANUFACTURING**<br>**465 KENNY ROAD**<br>**ST PAUL, MN  55130** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $8,000.00 |
| ACCT #:<br>**METRO SALES SERVICE**<br>**1620 EAST 78TH ST**<br>**MPLS, MN  55423** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $4,812.29 |

Sheet no. ____**21**____ of ____**39**____ continuation sheets attached to          Subtotal >          $28,755.76
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **KIMBERLY A WENINGER**
       **DAVID B WENINGER**

Case No. _____
                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**MIDWEST CONTAINER SYSTEMS LLC**<br>**20998 134TH AVE N #108**<br>**ROGERS, MN  55374** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $555.38 |
| ACCT #:<br>**MIDWEST OVERHEAD CRANE CORP**<br>**60 E PLATO BLVD**<br>**ST PAUL, MN  55107** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $193.22 |
| ACCT #:<br>**MILLWORK RESOURCES**<br>**3540 AUSTIN BLUFFS PKWY #1**<br>**COLORADO SPRINGS, CO  80918** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $3,150.00 |
| ACCT #:<br>**MINNEAPOLIS FINANCE DEPARTMENT**<br>**350 S 5TH ST**<br>**MPLS, MN  55415** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $1,119.59 |
| ACCT #:<br>**MINNEAPOLIS RAG STOCK CO**<br>**830 N 7TH ST**<br>**MPLS MN  55411** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $96.00 |
| ACCT #:<br>**MINNESOTA CASTERS**<br>**7256 WASHINGTON AVE S**<br>**EDEN PRAIRIE, MN  55344** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $293.65 |

Sheet no. ____**22**____ of ____**39**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $5,407.84

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **KIMBERLY A WENINGER**               Case No. _____

       **DAVID B WENINGER**                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**MINUTEMAN PRESS**<br>**6403 CITY WEST PARKWAY**<br>**EDEN PRAIRIE, MN  55344** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $769.71 |
| ACCT #:<br>**MN DEPT OF LABOR & INDUSTRY**<br>**443 LAFAYETTE RD**<br>**ST PAUL, MN  55155** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $30.00 |
| ACCT #:<br>**MN POLLUTION CONTROL AGENCY**<br>**520 LAFAYETTE RD N**<br>**ST PAUL, MN  55155** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $256.00 |
| ACCT #:<br>**MOHAWK FINISHING PRODUCTS INC**<br>**22 S CENTER ST**<br>**HICKORY, NC  28603** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $892.14 |
| ACCT #:<br>**MONARCH METAL**<br>**1625 SYCAMORE AVE**<br>**BOHEMIA, NY  11716** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $1,146.26 |
| ACCT #:<br>**NATIONAL COURIER SERVICE INC**<br>**3131 FERNBROOK LANE #114**<br>**PLYMOUTH, MN  55447** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $717.20 |

Sheet no. ____**23**____ of ____**39**____ continuation sheets attached to            **Subtotal >** | $3,811.31

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                 **Total >**

**(Use only on last page of the completed Schedule F.)**

**(Report also on Summary of Schedules and, if applicable, on the**

**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **KIMBERLY A WENINGER**
        **DAVID B WENINGER**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxx xxA006** <br> **NATIONAL ENTERPRISE SYSTEMS** <br> **29125 SOLON ROAD** <br> **SOLON, OHIO 44139** | | W | DATE INCURRED: <br> CONSIDERATION: <br> **COLLECTING FOR BANK OF AMERICA** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **NAVY ISLAND PLYWOOD** <br> **275 MARIE AVE E** <br> **ST PAUL, MN 55118** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUSINESS DEBT** <br> REMARKS: | | | | **$2,219.00** |
| ACCT #: <br> **NM TRANSFER CO INC** <br> **630 MUTTART ROAD** <br> **NEENAH, WI 54956** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUSINESS DEBT** <br> REMARKS: | | | | **$88.95** |
| ACCT #: <br> **NORTH STAR SURFACES** <br> **223 EMPIRE DRIVE** <br> **ST PAUL, MN 55103** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUSINESS DEBT** <br> REMARKS: | | | | **$8,032.99** |
| ACCT #: <br> **NOTT COMPANY** <br> **4480 ROUND LAKE RD W** <br> **ARDEN HILLS, MN 55112** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUSINESS DEBT** <br> REMARKS: | | | | **$286.61** |
| ACCT #: <br> **ON TIME DELIVERY** <br> **PO BOX 1450** <br> **MPLS, MN 55485** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUSINESS DEBT** <br> REMARKS: | | | | **$9,305.73** |

Sheet no. __24__ of __39__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $19,933.28

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **KIMBERLY A WENINGER**  
**DAVID B WENINGER**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**ONE GREAT TECH LLC**<br>**308 LITTLE JOHN DRIVE**<br>**CIRCLE PINES, MN  55014** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$541.84** |
| ACCT #:  **xxxx0605**<br>**ORKIN INC**<br>**9917 VALLEY VIEW RD**<br>**EDEN PRAIRIE, MN  55344** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**CONSUMER DEBT**<br>REMARKS: | | | | **$95.13** |
| ACCT #:<br>**OSVOLD BUILDING COMPANY**<br>**2828 UNIVERSITY AVE SE**<br>**MPLS, MN  55414** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$85,155.82** |
| ACCT #:<br>**OSVOLD COMPANY**<br>**2828 UNIVERSITY AVE SE**<br>**MPLS, MN  55414** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$24,129.65** |
| ACCT #:  **3013**<br>**PEDIATRIC HOME SERVICE**<br>**2800 CLEVELAND AVE N**<br>**ROSEVILLE, MN  55113** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**MED BILLS**<br>REMARKS: | | | | **$1,316.56** |
| ACCT #:<br>**PITNEY BOWES**<br>**PO BOX 856390**<br>**LOUISVILLE, KY  50285** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$387.00** |

Sheet no. ___**25**___ of ___**39**___ continuation sheets attached to   Subtotal >   **$111,626.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **KIMBERLY A WENINGER**                              Case No.    _____
         **DAVID B WENINGER**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **PLATO CUSTOM CONCEPTS** <br> **119 MAIN ST** <br> **PLATO, MN  55370** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUSINESS DEBT** <br> REMARKS: | | | | **$3,236.00** |
| ACCT #: <br> **POPP COM** <br> **PO BOX 27110** <br> **GOLDEN VALLEY, MN  55427** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUSINESS DEBT** <br> REMARKS: | | | | **$1,059.86** |
| ACCT #:  **xxxx-xxxx-xxxx-8146** <br> **PORTFOLIO RECOVERY ASSOCIATES** <br> **PO BOX 12914** <br> **NORFOLK, VA  23541** | | W | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **POWER PROCESSING EQUIPMENT INC** <br> **PO BOX 1150-51** <br> **MPLS, MN  55480** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUSINESS DEBT** <br> REMARKS: | | | | **$5,329.79** |
| ACCT #: <br> **PREFERRED ONE** <br> **NW 8880** <br> **MPLS MN  55485** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUSINESS DEBT** <br> REMARKS: | | | | **$3,508.33** |
| ACCT #: <br> **PREMIUM PREFINISHED PRODUCTS** <br> **2310 PINEHURST DRIVE** <br> **MIDDLETON, WI  53562** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **BUSINESS DEBT** <br> REMARKS: | | | | **$1,546.43** |

Sheet no. ____**26**____ of ____**39**____ continuation sheets attached to          Subtotal >          **$14,680.41**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              Total >
                                              **(Use only on last page of the completed Schedule F.)**
                                         **(Report also on Summary of Schedules and, if applicable, on the**
                                         **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **KIMBERLY A WENINGER**
     **DAVID B WENINGER**

Case No. _____
                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**PRINCESS MARBLE**<br>**14255 SOUTHCROSS DR W**<br>**BURNSVILLE, MN  55306** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$11,476.77** |
| ACCT #:<br>**PRINSOURCE**<br>**5217 Wayzata Blvd**<br>**Minneapolis, MN 55416-1323** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**FACTORING AGREEMENT/PER GUAR**<br>REMARKS: | | | | **$240,000.00** |
| ACCT #:<br>**PRINSOURCE**<br>**5354 PARKDALE DRIVE, SUITE 100**<br>**MPLS, MN 55416** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**ALTERNATE ADDRESS**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**PROFESSIONAL PLACEMENT SERVICES**<br>**PO BOX 612**<br>**MILWAUKEE, WI  53201** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**COLLECTION FOR KOHLS**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxx3083**<br>**PROFESSIONAL RECOVERY SERVICES**<br>**PO BOX 1880**<br>**VOORHEES, NJ  08043** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**COLLECTING FOR HOUSEHOLD RECOVERY SERV**<br>REMARKS: | | | | **$15,981.53** |
| ACCT #:<br>**PROFESSIONAL RECOVERY SERVICES**<br>**PO BOX 1880**<br>**VOORHEES, NJ  08043** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**COLLECTION FOR BENEFICIAL**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___**27**___ of ___**39**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal >     **$267,458.30**

                         Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **KIMBERLY A WENINGER**                          Case No. _____
**DAVID B WENINGER**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx9385**<br>**PROFESSIONAL SERVICE BUREAU INC**<br>**PO BOX 331**<br>**ELK RIVER, MN  55330** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**COLLECTING FOR ADVANCED DERMATOLOGY CA**<br>REMARKS: | | | | $96.19 |
| ACCT #:<br>**PROSPECT PARK ASSOCIATES LLC**<br>**4134 XERXES AVE**<br>**MPLS MN  55412** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $14,662.00 |
| ACCT #:<br>**QUICKWY RIGGING AND TRANSFER**<br>**7800 CENTRAL AVE NE**<br>**MPLS MN  55432** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $1,985.00 |
| ACCT #:<br>**R S HUGHES CO INC**<br>**9210 WYOMING AVE N #225**<br>**BROOKLYN PARK, MN  55455** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $6,425.56 |
| ACCT #:<br>**RENEWED MATERIALS**<br>**PO BOX 55**<br>**CABIN JOHN, MD  20818** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $1,867.50 |
| ACCT #:<br>**RENNEBERG HARDWOODS**<br>**PO BOX 188**<br>**MENAHGA, MN  56464** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $18,302.00 |

Sheet no. ____**28**____ of ____**39**____ continuation sheets attached to              Subtotal >      $43,338.25
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                              Total >
                                   **(Use only on last page of the completed Schedule F.)**
                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **KIMBERLY A WENINGER**                            Case No. _____
      **DAVID B WENINGER**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**RENNEBERG HARDWOODS**<br>**PO BOX 188**<br>**MENAHGA, MN  56464** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | X | $29,331.66 |
| ACCT #:<br>**RICHARD J GABRIEL**<br>**SUITE 144, RIVERWOOD PLACE**<br>**MENDOTA HEIGHTS, MN  55118** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $350.00 |
| ACCT #:<br>**ROADWAY EXPRESS**<br>**PO BOX 93151**<br>**CHICAGO, IL  60673** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $391.63 |
| ACCT #:<br>**ROGER SHAW & ASSOC INC**<br>**203 ARBOR DR**<br>**LAMAR, MO  64759** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $2,400.00 |
| ACCT #:  xxxxxxx0-001<br>**ROYAL BANK OF CANADA**<br>**4820 NORTHLAND DR NW-SUITE 220**<br>**CALGARY, AB  T2L2L3** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**LINE OF CREDIT**<br>REMARKS: | | | | $9,448.84 |
| ACCT #:<br>**ROYAL BANK OF CANADA**<br>**4820 NORTHLAND DR NW-SUITE 220**<br>**CALGARY, AB  T2L2L3** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**CREDIT CARD**<br>REMARKS: | | | | $9,448.00 |

Sheet no. ___**29**___ of ____**39**____ continuation sheets attached to          Subtotal >          $51,370.13
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                              Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **KIMBERLY A WENINGER**  Case No. _____
  **DAVID B WENINGER**  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**S&T OFFICE PRODUCTS**<br>**1000 KRISTIN COURT**<br>**ST PAUL, MN  55110** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $2,378.68 |
| ACCT #:<br>**SALZER PLUMBING**<br>**6549 147TH ST W**<br>**SAVAGE, MN  55378** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $135.00 |
| ACCT #:<br>**SAUNDERS WOOD SPECIALTIES INC**<br>**PO BOX 86**<br>**MPLS MN  55486** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $2,882.18 |
| ACCT #:<br>**SAVOIE SUPPLY CO INC**<br>**2613 SE 4TH ST**<br>**MPLS MN  55414** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $61.83 |
| ACCT #:<br>**SEATING CONSULTANTS INC**<br>**323 PIERCE ST NW**<br>**MPLS MN  55413** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $2,877.00 |
| ACCT #:<br>**SEKO**<br>**2339 WATERS DRIVE**<br>**MENDOTA HEIGHTS, MN  55420** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $52,205.00 |

Sheet no. ___**30**___ of ___**39**___ continuation sheets attached to  Subtotal >  $60,539.69
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **KIMBERLY A WENINGER**                                    Case No. _____
       **DAVID B WENINGER**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**SELECT VENEER COMPANY**<br>**2125 LAKE JERICHO RD #4**<br>**SMITHFIELD KY  40068** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$9,463.56** |
| ACCT #:<br>**SEVEN CORNERS ACE HARDWARE INC**<br>**216 W 7TH ST**<br>**ST PAUL, MN  55102** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$594.00** |
| ACCT #:<br>**SGS**<br>**PO BOX 2502**<br>**CAROL STREAM, IL  60132** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$2,844.27** |
| ACCT #:<br>**SHIPPER SUPPLY INC**<br>**401 11TH AVE S**<br>**HOPKINS, MN  55343** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$34.42** |
| ACCT #:<br>**SIR SPEEDY**<br>**121 S 8TH ST #250**<br>**MPLS MN  55402** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$2,483.20** |
| ACCT #:<br>**SJOSTRANS MACHINE SERVICE**<br>**2425 ARROWWOOD DR NW**<br>**ALEXANDRIA, MN  56308** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$982.00** |

Sheet no. ____**31**____ of ____**39**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$16,401.45**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **KIMBERLY A WENINGER**   Case No. _____
**DAVID B WENINGER**   (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**SNELLING COMPANY**<br>**1404 CONCORDIA AVE**<br>**ST PAUL, MN  55104** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $168.42 |
| ACCT #:<br>**SPEEDWAY SUPERAMERICA**<br>**PO BOX 740587**<br>**CINCINNATI, OH  45274** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $311.46 |
| ACCT #:<br>**ST CROIX VALLEY**<br>**4250 OTTER LAKE RD**<br>**WHITE BEAR LAKE, MN  55110** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $10,740.90 |
| ACCT #:<br>**ST CROIX VALLEY HARDWOODS**<br>**PO BOX 1521**<br>**MPLS MN  55480** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $6,251.50 |
| ACCT #:  xxx9156<br>**ST PAUL RADIOLOGY**<br>**166 4TH ST E**<br>**ST PAUL, MN  55101** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**MED BILL**<br>REMARKS: | | | | $51.00 |
| ACCT #:<br>**ST THOMAS UNIVERSITY**<br>**2115 Summit Avenue**<br>**ST PAUL, MN  55105** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**TUITION**<br>REMARKS: | | | | $900.00 |

Sheet no. ____**32**____ of ____**39**____ continuation sheets attached to   Subtotal >   $18,423.28
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **KIMBERLY A WENINGER**　　　　　　　　　Case No. _____
**DAVID B WENINGER**　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**STA CARE CUSTOM TOPS**<br>**PO BOX 610**<br>**PORTAGE, WI 53901** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $10,060.72 |
| ACCT #:<br>**STA-CARE**<br>**BOX 610**<br>**PORTAGE, WI 53901** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $9,983.62 |
| ACCT #:<br>**STACY G WOODHOUSE**<br>**709 HWY 19 BLVD**<br>**STANTON, MN 55018** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $22,945.95 |
| ACCT #:<br>**STAPLES BUSINESS ADVANTAGE**<br>**8500 WYOMING AVE N**<br>**MPLS MN 55445** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $2,544.59 |
| ACCT #:  **xxx2311**<br>**STATE BANK AND TRUST**<br>**PO BOX 10877**<br>**FARGO, ND 58106-0877** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**BOAT LOAN**<br>REMARKS: | | | | $20,000.00 |
| ACCT #:<br>**STEVE CLEMONS**<br>**2212 141ST AVE NW**<br>**ANDOVER, MN 55304** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | $25,453.57 |

Sheet no. ____**33**____ of ____**39**____ continuation sheets attached to　　　　　　　　Subtotal >　　$90,988.45
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **KIMBERLY A WENINGER**                      Case No. _____
      **DAVID B WENINGER**                                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**SUMMIT COMMUNITY BANK**<br>**1275 E COUNTY RD D #106**<br>**MAPLEWOOD, MN  55109** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$715.34** |
| ACCT #:<br>**SUPERIOR PRODUCTS**<br>**510 W COUNTY RD D**<br>**ST PAUL, MN  55112** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$3,969.95** |
| ACCT #:<br>**SWANSON & YOUNGDALE INC**<br>**PO BOX 26070**<br>**MPLS MN  55426** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$2,500.00** |
| ACCT #:<br>**T C COPY INC**<br>**25 MARQUETTE AVE S #2B**<br>**MPLS MN  55402** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$34.37** |
| ACCT #:<br>**T MOBILE**<br>**PO BOX 790047**<br>**ST LOUIS, MO  63199-0047** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$118.06** |
| ACCT #:<br>**TECMIND**<br>**3140 NEIL ARMSTRONG BLVD**<br>**STE 310**<br>**EAGAN, MN  55121** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$20,308.02** |

Sheet no. ___**34**___ of ___**39**___ continuation sheets attached to                                    Subtotal >        **$27,645.74**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                   Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **KIMBERLY A WENINGER**                                      Case No.  _____
      **DAVID B WENINGER**                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**THE BETTY MILLS COMPANY**<br>**2121 S EL CAMINO RD #D100**<br>**SAN MATEO, CA  94403** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$152.01** |
| ACCT #:<br>**THOMAS FOY**<br>**9651 12TH AVE S**<br>**MPLS MN  55425** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$1,911.36** |
| ACCT #:<br>**TIERNEY BROTHERS**<br>**3300 UNIVERSITY AVE SE**<br>**MPLS MN  55414** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$1,277.97** |
| ACCT #:<br>**TNT CLEANING AND CONSULTING INC**<br>**2501 4TH AVE**<br>**ANOKA MN  55303** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$837.72** |
| ACCT #:<br>**TOP INDUSTRIAL SUPPLY CO**<br>**4942 HIGHWAY 169 NORTH**<br>**NEW HOPE, MN  55428** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$1,855.18** |
| ACCT #:<br>**TRANSPORT DISTRIBUTION SVCS INC**<br>**550 VILLAGE CENTER DR #100**<br>**ST PAUL MN  55127** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$0.00** |

Sheet no. ____**35**____ of ____**39**____ continuation sheets attached to                              Subtotal >                    **$6,034.24**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                      Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **KIMBERLY A WENINGER**
          **DAVID B WENINGER**

Case No. _____
                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**TSC INC**<br>**7300 METRO BLVD STE 450**<br>**EDINA, MN  55439** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$2,353.00** |
| ACCT #:<br>**TWIN CITY HARDWARE**<br>**723 HADLEY AVE N**<br>**OAKDALE, MN  55128** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$833.46** |
| ACCT #:<br>**ULINE**<br>**2200 S LAKESIDE DR**<br>**WAUKEGAN, IL  60085** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$812.85** |
| ACCT #:<br>**UNION BANK AND TRUST**<br>**312 CENTRAL AVE SE**<br>**MPLS, MN  55414** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxxx4139<br>**UNIVERSITY OF ST THOMAS**<br>**MAIL AQU 116**<br>**2115 SUMMIT AVE**<br>**ST PAUL, MN  55105** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**TUITION**<br>REMARKS: | | | | **$1,242.45** |
| ACCT #:<br>**UPS**<br>**LOCKBOX 577**<br>**CAROL STREAM, IL  60132** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$32.89** |

Sheet no. ___36___ of ___39___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$5,274.65**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **KIMBERLY A WENINGER**              Case No. _____
        **DAVID B WENINGER**                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**US INTERNET**<br>**12450 WAYZATA BLVD #121**<br>**MINNETONKA, MN  55305** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$362.25** |
| ACCT #:<br>**VALLEY DESIGN ENTERPRISES**<br>**PO BOX 138**<br>**FOUNTAIN, MN  55935** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$3,890.84** |
| ACCT #:<br>**VAN RU CREDIT CORP**<br>**10024 SKOKIE BLVD, SUITE 2**<br>**SKOKIE, IL  60077** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**COLLECTION FOR MACY'S**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**WASHINGTON MUTUAL**<br>**PO BOX 660433**<br>**DALLAS, TX  75266** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$14,069.89** |
| ACCT #:<br>**WASTE MANAGEMENT - SAVAGE**<br>**PO BOX 9001054**<br>**LOUISVILLE, KY  40290** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$1,079.03** |
| ACCT #:<br>**WELLINGTON SECURITY SYSTEMS**<br>**4 EAT DIAMOND LAKE RD**<br>**MPLS MN  55419** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$717.12** |

Sheet no. __**37**__ of __**39**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $20,119.13

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **KIMBERLY A WENINGER**
     **DAVID B WENINGER**

Case No.  _____
                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**WILSON-MCSHANE CORP**<br>**3001 METRO DR #500**<br>**BLOOMINGTON, MN  55425** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$7,889.47** |
| ACCT #:<br>**WILSONART INTERNATIONAL**<br>**9201 WYOMING AVE N**<br>**MPLS MN  55455** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$30,223.98** |
| ACCT #:<br>**WOLF GORDON INC**<br>**33-00 47TH AVE**<br>**LONG ISLAND CITY, NY  11101** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$423.48** |
| ACCT #:<br>**WOODSTOCK SUPPLY**<br>**4705 SOUTH IH 90**<br>**SERVICE ROAD**<br>**RAPID CITY, SD  57703** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$712.51** |
| ACCT #:<br>**WORLD AUTO REPAIR**<br>**1590 MARTIN DRIVE**<br>**EDEN PRAIRIE, MN  55344** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$555.77** |
| ACCT #:<br>**XCEL ENERGY**<br>**PO BOX 9477**<br>**MPLS, MN  55484** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$18,644.04** |

Sheet no. ___**38**___ of ___**39**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                               Subtotal >  **$58,449.25**

                                                  Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **KIMBERLY A WENINGER**           Case No. _____
        **DAVID B WENINGER**                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**XPRESS LOAN SERVICING**<br>**PO BOX 88037**<br>**CHICAGO, IL  60680** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**STUDENT LOAN**<br>REMARKS: | | | | **$30,000.00** |
| ACCT #:<br>**YALE INDUSTRIAL TRUCKS**<br>**15735 CENTRAL AVE**<br>**HAM LAKE, MN  55304** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$812.74** |
| ACCT #:<br>**YALE MATERIAL HANDLING MN INC**<br>**PO BOX 88888**<br>**MILWAUKEE, WI  53288** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$816.35** |
| ACCT #:<br>**YELLOW TRANSPORATION**<br>**PO BOX 73149**<br>**CHICAGO, IL  60673** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$12,900.12** |
| ACCT #:<br>**YOUNGBLOOD LUMBER COMPANY**<br>**1335 CENTRAL AVE NE**<br>**MPLS MN  55413** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**BUSINESS DEBT**<br>REMARKS: | | | | **$10,065.45** |
| | | | | | | | |

Sheet no. ____**39**____ of ____**39**____ continuation sheets attached to                                      Subtotal > | **$54,594.66**
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Total > | **$1,722,721.55** |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **KIMBERLY A WENINGER**
      **DAVID B WENINGER**

Case No. _____
                   (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re **KIMBERLY A WENINGER**
      **DAVID B WENINGER**

Case No. _____
                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re  **KIMBERLY A WENINGER**                              Case No. _____
       **DAVID B WENINGER**                                                  (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s):  DAUGHTER<br>DAUGHTER<br>SON | Age(s): 5<br>5<br>5 | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | HOMEMAKER | OWNER |
| Name of Employer | | OSVALD GROUP, LLC |
| How Long Employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | $0.00 |
| 2.  Estimate monthly overtime | $0.00 | $0.00 |
| 3.  SUBTOTAL | **$0.00** | **$0.00** |
| 4.  LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | $0.00 |
|    b. Social Security Tax | $0.00 | $0.00 |
|    c. Medicare | $0.00 | $0.00 |
|    d. Insurance | $0.00 | $0.00 |
|    e. Union dues | $0.00 | $0.00 |
|    f. Retirement | $0.00 | $0.00 |
|    g. Other (Specify) _____ | $0.00 | $0.00 |
|    h. Other (Specify) _____ | $0.00 | $0.00 |
|    i. Other (Specify) _____ | $0.00 | $0.00 |
|    j. Other (Specify) _____ | $0.00 | $0.00 |
|    k. Other (Specify) _____ | $0.00 | $0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | **$0.00** |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | **$0.00** | **$0.00** |
| 7.  Regular income from operation of business or profession or farm (Attach detailed stmt) | $57,635.11 | $0.00 |
| 8.  Income from real property | $0.00 | $0.00 |
| 9.  Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | |
| 11. Social security or government assistance (Specify):<br>   SSI FOR DAUGHTER | $645.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify):<br>   a._____<br>   b._____<br>   c._____ | $0.00<br>$0.00<br>$0.00 | $0.00<br>$0.00<br>$0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$58,280.11** | **$0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$58,280.11** | **$0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$58,280.11** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**BOTH DEBTORS ARE UNEMPLOYED.  DEBTOR HUSBAND IS ATTEMPTING TO START A NEW BUSINESS**

B6J (Official Form 6J) (12/07)

IN RE:  **KIMBERLY A WENINGER**                              Case No. _____
          **DAVID B WENINGER**                                                (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $3,150.00 |
|    a. Are real estate taxes included?  ☑ Yes   ☐ No | |
|    b. Is property insurance included?  ☑ Yes   ☐ No | |
| 2. Utilities:   a. Electricity and heating fuel | $350.00 |
|           b. Water and sewer | $125.00 |
|           c. Telephone | $100.00 |
|           d. Other:   CABLE, CELL, TRASH, INTERNET | $260.00 |
| 3. Home maintenance (repairs and upkeep) | $200.00 |
| 4. Food | $800.00 |
| 5. Clothing | $350.00 |
| 6. Laundry and dry cleaning | $85.00 |
| 7. Medical and dental expenses | $600.00 |
| 8. Transportation (not including car payments) | $300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $200.00 |
| 10. Charitable contributions | $200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | $230.00 |
|           b. Life | |
|           c. Health | $300.00 |
|           d. Auto | $125.00 |
|           e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto:   CAR PAYMENT | $300.00 |
|           b. Other:  BOAT PAYMENT | $300.00 |
|           c. Other: | |
|           d. Other:  STUDENT LOAN | $1,000.00 |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $59,938.56 |
| 17.a. Other: See attached personal expenses | $1,375.00 |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$70,288.56** |

| | |
|---|---:|
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |
| | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $58,280.11 |
| b. Average monthly expenses from Line 18 above | $70,288.56 |
| c. Monthly net income (a. minus b.) | ($12,008.45) |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

IN RE:  **KIMBERLY A WENINGER**                                    CASE NO
        **DAVID B WENINGER**
                                                                   CHAPTER    **7**

## EXHIBIT TO SCHEDULE J

### Itemized Business Expenses
**THE OSVALD GROUP**

| Expense | Category | Amount |
|---------|----------|-------:|
| INSURANCE | insurance | **$3,243.00** |
| MATERIALS AND SHIPPING | MATERIALS AND SHIPPING | **$19,022.51** |
| MEALS AND ENT | MEALS AND ENT | **$1,380.00** |
| OFFICE SUPPLY | Office Supplies | **$445.00** |
| PAYROLL EXPENSE | PAYROLL EXPENSE | **$26,943.00** |
| PHONE EXPENSE | PHONE | **$962.00** |
| TRAVEL | TraVEL | **$7,943.05** |
| | **Total >** | **$59,938.56** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

IN RE:  **KIMBERLY A WENINGER**                                        CASE NO
       **DAVID B WENINGER**
                                                                   CHAPTER    **7**

## EXHIBIT TO SCHEDULE J

*Continuation Sheet No. 1*

## Itemized Personal Expenses

| Expense | Amount |
|---|---:|
| DAYCARE | **$1,200.00** |
| GROOMING | **$120.00** |
| PET EXPENSES | **$50.00** |
| POSTAGE | **$5.00** |
| **Total >** | **$1,375.00** |

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA
### ST. PAUL DIVISION

In re  **KIMBERLY A WENINGER**
     **DAVID B WENINGER**

Case No.

Chapter    **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $630,000.00 | | |
| B - Personal Property | Yes | 4 | $27,250.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $1,255,358.95 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 40 | | $1,722,721.55 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $58,280.11 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $70,288.56 |
| TOTAL | | 57 | $657,250.00 | $2,978,080.50 | |

Form 6 - Statistical Summary (12/07)

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA
### ST. PAUL DIVISION

In re **KIMBERLY A WENINGER**
    **DAVID B WENINGER**

Case No.

Chapter    **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re   **KIMBERLY A WENINGER**                    Case No. _____
      **DAVID B WENINGER**                                         (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of        **59**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **11/20/2009**_____        Signature  _**/s/ KIMBERLY A WENINGER**_____
                                                        ***KIMBERLY A WENINGER***


Date  **11/20/2009**_____        Signature  _**/s/ DAVID B WENINGER**_____
                                                         ***DAVID B WENINGER***
                                                        [If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## ST. PAUL DIVISION

In re:  **KIMBERLY A WENINGER**                    Case No. _____
         **DAVID B WENINGER**                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2009 ADJUSTED GROSS INCOME (EST) |
| $0.00 | 2008 ADJUSTED GROSS INCOME (EST) |
| $171,001.00 | 2007 INCOME |

---

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $54,584.00 | 2007 PENSION LIQUIDATION |
| ($145,053.00) | 2007 BUSINESS LOSS |

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☐

a. Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| DEBTORS HAVE MADE SPORADIC CAR AND BOAT PAYMENTS | | | |

---

None
☑

b. Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

c. All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☑

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
ST. PAUL DIVISION**

In re: **KIMBERLY A WENINGER**
**DAVID B WENINGER**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| STATE BANK AND TRUST PO BOX 10877 FARGO, ND 58106-0877 | 10/09 | 2007 PONTOON |

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| DEBTOR'S CORPORATE ENTITY, OSVALD ACQUISITIONS, WAS FORCED INTO AN INVOLUNTARY BANKRUPTCY 2/2009 | | | |

## 7. Gifts

None ☑ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

In re:   KIMBERLY A WENINGER                                    Case No.   _____
         DAVID B WENINGER                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
Continuation Sheet No. 2

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Barbara J. May Attorney at Law 4105 N. Lexington Ave Suite 310 Arden Hills, MN 55126 | 10/21/2009 | $10,000.00 |

---

**10. Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| DEBTORS RECEIVED A $40,000 TAX REFUND IN 2009 FOR 2008.  THEY HAVE USED IT FOR LIVING EXPENSES AND DEBT PAYMENTS WHILE NEITHER PARTY HAD AN INCOME | | |
| DEBTORS SOLD TWO 1996 JETSKIS AND A LIFT AT A GARAGE SALE FOR $3500.00.  DEBTORS WERE UNEMPLOYED,A DN LIVED ON THE PROCEEDS. | 5/09 | |

---

None
☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| DEBTORS CLOSED CORPORATE ACCOUNTS AT WESTERN BANK, SUMMIT BANK AND COMMUNITY BANK WHEN BUSINESS WAS LIQUIDATED. DEBTOR HUSBAND CLOSED A PERSONAL ACCOUNT AT TCF BECAUSE IT WAS UNUSED. | | |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
ST. PAUL DIVISION**

In re:   **KIMBERLY A WENINGER**                     Case No. _____
        **DAVID B WENINGER**                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**12. Safe deposit boxes**

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None
☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None
☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

In re:  **KIMBERLY A WENINGER**                                    Case No. _____
        **DAVID B WENINGER**                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

**18. Nature, location and name of business**

None
☐

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **OSVOLD GROUP, LLC** | **CONSULTING IN CONSTRUCTION** | **4/09-ONGOING** |
| **OSVOLD ACQUISITION, INC, A DELAWARE COMPANY** | **CONSTRUCTION** | **DISSOLVED IN BKY 09-40238  1/09 TRUSTEE JOHN STOEBNER** |

---

None
☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

**19. Books, records and financial statements**

None
☐

a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **ALL CORP AND PERSONAL TAXES HAVE BEEN PREPARED BY** | |

---

None
☑

b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☐

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **DEBTORS HAVE POSSESSION OF OSVALD GROUP BOOKS AND RECORDS.  THE TRUSTEE** | |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

In re:   **KIMBERLY A WENINGER**                                    Case No. _____
        **DAVID B WENINGER**                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

**FOR THE ESTATE OF OSVALD ACQUISITIONS,**
**INC, HAS ALL OTHER BOOKS.**

**JOHN STOEBNER**
**120 S. 6TH ST**
**MPLS, MN 55402**

---

None
☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories

None
☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| RE: OSVALD GROUP | | |
| DAVID WENINGER, SOLE SHAREHOLDEER AND CEO | | |
| RE: OSVALD ACQUISITION, INC, A DELAWARE COMPANY | KIM WENINGER, PRESIDENT | COMPANY HAS BEEN DISSOLVED. |

### 22. Former partners, officers, directors and shareholders

None
☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

### 23. Withdrawals from a partnership or distributions by a corporation

None
☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

### 24. Tax Consolidation Group

None
☑ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
ST. PAUL DIVISION**

In re:   **KIMBERLY A WENINGER**
          **DAVID B WENINGER**

Case No. _____
                              (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

**25. Pension Funds**

None
☑

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **11/20/2009** _____

Signature _____
of Debtor          **/s/ KIMBERLY A WENINGER**
                   **KIMBERLY A WENINGER**

Date  **11/20/2009** _____

Signature _____
of Joint Debtor    **/s/ DAVID B WENINGER**
(if any)           **DAVID B WENINGER**

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## ST. PAUL DIVISION

IN RE:  **KIMBERLY A WENINGER**                               CASE NO
        **DAVID B WENINGER**
                                                             CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate  Attach additional pages if necessary.)

---

Property No.   1

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| BANK OF AMERICA | 1368 BAY DRIVE SE, FOREST LAKE, MN  55025 |
| PO BOX 26388 | |
| RICHMOND VA 23260-6388 | |
| xxxxx5958 | |

Property will be (check one):

☐ Surrendered          ☒ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
☐ Reaffirm the debt
☒ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):
     Debtor will continue making payments to creditor without reaffirming.

Property is (check one):

☐ Claimed as exempt          ☒ Not claimed as exempt

---

Property No.   2

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| BREEZY POINT TIME SHARE | TIME SHARE |
| PO BOX 285 | |
| PEQUOT LAKES, MN  56472 | |

Property will be (check one):

☐ Surrendered          ☒ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
☐ Reaffirm the debt
☒ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):
     Debtor will continue making payments to creditor without reaffirming.

Property is (check one):

☐ Claimed as exempt          ☒ Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA
### ST. PAUL DIVISION

IN RE:  **KIMBERLY A WENINGER**
        **DAVID B WENINGER**

CASE NO

CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet No. 1*

---

Property No.   3

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| CITY AND COUNTY CREDIT UNION<br>144 11TH ST E<br>ST PAUL, MN  55101 | 1368 BAY DRIVE SE, FOREST LAKE, MN  55025 |

Property will be (check one):
- [ ] Surrendered      [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [x] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):
    Debtor will continue making payments to creditor without reaffirming.

Property is (check one):
- [ ] Claimed as exempt      [x] Not claimed as exempt

---

Property No.   4

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| FAIRMONT TIMESHARE | FAIRMONT RESORT TIMESHARE IN FAIRMONT, BC, ONE WEE |

Property will be (check one):
- [ ] Surrendered      [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [x] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):
    Debtor will continue making payments to creditor without reaffirming.

Property is (check one):
- [ ] Claimed as exempt      [x] Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA
### ST. PAUL DIVISION

IN RE:  **KIMBERLY A WENINGER**                                     CASE NO
       **DAVID B WENINGER**
                                                                   CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet No. 2*

| Property No.   5 | |
|---|---|
| **Creditor's Name:**<br>PRINSOURCE<br>5217 Wayzata Blvd<br>MPLS, MN 55416 | **Describe Property Securing Debt:**<br>1368 BAY DRIVE SE, FOREST LAKE, MN  55025 |

Property will be (check one):

☐ Surrendered       ☑ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property

☐ Reaffirm the debt

☑ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Debtor will continue making payments to creditor without reaffirming.

Property is (check one):

☐ Claimed as exempt       ☑ Not claimed as exempt

| Property No.   6 | |
|---|---|
| **Creditor's Name:**<br>WELLS FARGO FINANCIAL<br>10100 6TH AVE NO<br>PLYMOUTH, MN  55441 | **Describe Property Securing Debt:**<br>2005 TOYOTA SIENNA MINIVAN |

Property will be (check one):

☐ Surrendered       ☑ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property

☐ Reaffirm the debt

☑ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Debtor will continue making payments to creditor without reaffirming.

Property is (check one):

☐ Claimed as exempt       ☑ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA
### ST. PAUL DIVISION

IN RE:  **KIMBERLY A WENINGER**
**DAVID B WENINGER**

CASE NO

CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 3*

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES  ☐        NO  ☐ |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date **11/20/2009** _____      Signature __**/s/ KIMBERLY A WENINGER**_____
**KIMBERLY A WENINGER**

Date **11/20/2009** _____      Signature __**/s/ DAVID B WENINGER**_____
**DAVID B WENINGER**

B 201 (12/08)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

IN RE:   **KIMBERLY A WENINGER**
     **DAVID B WENINGER**

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a JOINT CASE (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1.  Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days BEFORE the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:   Liquidation  ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

B 201 (12/08)

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
ST. PAUL DIVISION**

IN RE:   **KIMBERLY A WENINGER
DAVID B WENINGER**

## Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income
## ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12:  Family Farmer or Fisherman   ($200 filing fee, $39 administrative fee: Total fee $239)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:**   Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Compliance with § 342(b) of the Bankruptcy Code

I,                **BARBARA J MAY**                , counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

**/s/ BARBARA J MAY**

BARBARA J MAY, Attorney for Debtor(s)
Bar No.: 129689
Barbara J. May Attorney at Law
2780 N. Snelling Suite 102
Roseville, MN  55113
Phone: (651) 486-8887
Fax: (651) 486-8890
E-Mail: barbarajmay@hotmail.com

B 201 (12/08)                                                                                        Page 3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST. PAUL DIVISION**

IN RE:   **KIMBERLY A WENINGER**
      **DAVID B WENINGER**

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | |
|---|---|
| **KIMBERLY A WENINGER** | **X   /s/ KIMBERLY A WENINGER**    **11/20/2009** |
| **DAVID B WENINGER** | Signature of Debtor                           Date |
| Printed Name(s) of Debtor(s) | **X   /s/ DAVID B WENINGER**        **11/20/2009** |
| Case No. (if known) _____ | Signature of Joint Debtor (if any)        Date |

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
ST. PAUL DIVISION**

IN RE:   **KIMBERLY A WENINGER**                                                CASE NO
         **DAVID B WENINGER**

                                                                                CHAPTER    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and
   that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for
   services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case
   is as follows:

   For legal services, I have agreed to accept:                              **$10,000.00**

   Prior to the filing of this statement I have received:                    **$10,000.00**

   Balance Due:                                                                    **$0.00**

2. The source of the compensation paid to me was:
   ☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor              ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and
      associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or
      associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the
      compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in
   bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

---

**11/20/2009**                          **/s/ BARBARA J MAY**
        *Date*                          *BARBARA J MAY*                          Bar No.  129689
                                        Barbara J. May Attorney at Law
                                        2780 N. Snelling Suite 102
                                        Roseville, MN  55113
                                        Phone: (651) 486-8887 / Fax: (651) 486-8890

---

**/s/ KIMBERLY A WENINGER**                          **/s/ DAVID B WENINGER**
*KIMBERLY A WENINGER*                                *DAVID B WENINGER*