**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

KIMBERLY A WENINGER
DAVID B WENINGER

Case No: 09–38216 – GFK

Debtor(s)    Chapter 7 Case

**NOTICE TO DEBTOR(S) RE: FINANCIAL MANAGEMENT CERTIFICATION**

The debtor(s) in this case failed to file a Certificate of Debtor Education from the course provider within the time period required by Interim Bankruptcy Rule 1007(c).

This case will be closed without discharge unless the debtor(s) files the Certificate on or before February 22, 2010.

Dated: 2/8/10

<u>Lori Vosejpka</u>
Clerk, United States Bankruptcy Court

By: qclinda
Deputy Clerk

**mnbn7fmc** 3/10/08